1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES MCLEAN,

                Petitioner,

     v.

DANIEL WHITE,

                Respondent.

Case No. C17-0098-TSZ

ORDER OF DISMISSAL

Having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, docket no. 12, to which no objections were timely filed, the Court finds and ORDERS:

(1)      The Court ADOPTS the Report and Recommendation;

(2)      Petitioner's amended petition for writ of habeas corpus, docket no. 5, is DENIED without an evidentiary hearing;

(3)      A certificate of appealability is DENIED as to all claims raised in the habeas petition. *See* 28 U.S.C. § 2253(c);

(4)      This action is DISMISSED with prejudice; and

/ / /

ORDER OF DISMISSAL - 1

1    (5)    The Clerk is directed to send copies of this Order to petitioner and to Judge

2    Theiler.

3    Dated this 25th day of July, 2017.

4

5    _____

6    Thomas S. Zilly
     United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER OF DISMISSAL - 2